**Richard GRAVELY, Plaintiff–Appellant,**

v.

**U.S. DEPARTMENT OF JUSTICE, Defendant–Appellee.**

No. 13–1027.

United States Court of Appeals, Fourth Circuit.

Submitted: April 18, 2013.

Decided: April 22, 2013.

Richard Gravely, Appellant Pro Se.

Before WILKINSON, GREGORY, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Gravely appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gravely v. U.S. Dep't of Justice*, No. 2:12–cv–05444, 2012 WL 6706862 (S.D.W.Va. Dec. 26, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.